UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BARBARA FRAZIER**                                                                      **PLAINTIFF**

v.                  **CASE NO. 5:10cv00106 BSM**

**ARKANSAS DEPARTMENT OF CORRECTION et al.**          **DEFENDANTS**

### ORDER

Attorney Allen L. Warmath, Branch, Thompson, Philhours & Warmath, 414 West Court Street, Paragould, AR 72450, telephone number 870-239-9581, is hereby appointed, in conformity with Rule 83.7 of the Local Rules for the Eastern and Western Districts of Arkansas, to represent plaintiff Barbara Frazier in all further proceedings in this case.

The Clerk of Court is requested to send Mr. Warmath a copy of this order and Local Rule 83.7. Under Rule 83.7, counsel may make written application to withdraw within twenty-one (21) days of the date of this order; after that time, the appointment will take effect. Mr. Warmath may access the docket electronically on PACER.

DATED this 6th day of July, 2011.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE