IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BARBARA FRAZIER**                                                                                    **PLAINTIFF**

**v.**                               **CASE NO. 5:10CV00106 BSM**

**TROY A. MOORE, Lieutenant,**
**Arkansas Department of Correction**                                           **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice.

Dated this 16th day of April 2012.

                                                                                  _____
                                                                                  UNITED STATES DISTRICT JUDGE