**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**BARBARA FRAZIER**                                                    **PLAINTIFF**

**v.**                              **CASE NO. 5:10CV00106 BSM**

**TROY A. MOORE, Lieutenant,
Arkansas Department of Correction**                                **DEFENDANT**

<u>**JUDGMENT**</u>

Consistent with the order entered today, this case is hereby dismissed with prejudice.

Dated this 16th day of April 2012.

_____
UNITED STATES DISTRICT JUDGE